IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-67-D |
| ) | |
| DANIEL WAYNE DOUGLAS, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

The Court is in receipt of a letter, submitted by Defendant and addressed to the undersigned [Doc. No. 33]. The government filed a response [Doc. No. 34]. In the letter, Defendant informs the Court that he is pursuing administrative remedies related to the calculation of his sentence.

As Defendant articulates, the proper avenue for such requests is to "the Bureau of Prisons in the first instance[.]" *United States v. Jenkins*, 38 F.3d 1143, 1144 (10th Cir. 1994). Only thereafter should a criminal defendant "seek judicial review of the Bureau's determination." *Id.* Such reviews are then conducted by the district with jurisdiction over the warden of the institution in which the defendant is held. *Brace v. United States*, 634 F.3d 1167, 1169 (10th Cir. 2011).

Defendant is currently being held in Colorado. *See* https://www.bop.gov/inmateloc/ (Accessed February 6, 2025). Should Defendant seek judicial review of the Bureau of Prison's determination, Defendant may file a motion there. *See* 28 U.S.C. § 2241(d).

**IT IS SO ORDERED** this 7th day of February 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge